JAMES T. LEE - SBN 110838
TRACEY L. MERRELL – SBN 226704
**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
jamesl@bdfgroup.com
BDFTW 3439486

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1, <br><br> Plaintiff, <br><br> vs. <br><br> MARK SERRATO; SANDRA J. SERRATO and DOES 1 to 10, inclusive <br><br> Defendant. | CASE NO. **3:13-CV-01968** <br><br> **DECLARATION OF SERVICE BY MAIL** <br><br> ( F.R.C.P. 4;  C.C.P. 1013a, 2015.5 ) |

I, ROLAND DAMASCO, declare as follows:

I am employed in Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 20955 Pathfinder Drive, Suite 300, Diamond Bar, California, 91765.

On May 9, 2013, I served the following:

DECLARATION OF SERVICE BY MAIL

1

1. **NOTICE OF MOTION AND MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; REQUEST FOR SUA SPONTE ORDER**

2. **REQUEST FOR JUDICIAL NOTICE**

3. **CERTIFICATE AND NOTICE OF INTERESTED PARTIES;**

4. **DECLARATION OF SERVICE BY MAIL.**

on the interested parties in said action by first class mail, postage prepaid, addressed as follows:

> MARK SERRATO AND SANDRA J. SERRATO
> DEFENDANTS IN PRO PER
> 19390 COREY WAY
> CASTRO VALLEY, CA 94546

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Diamond Bar, California, in the ordinary course of business.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2013, at Diamond Bar, California.

_____
ROLAND DAMASCO

DECLARATION OF SERVICE BY MAIL

2