# EXHIBIT 1

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MARK SERRATO; SANDRA J. SERRATO; and DOES 1 to
10, inclusive
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Additional Parties Attachment form is attached.

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

DEC 31 2012

CLERK OF THE SUPERIOR COURT
By Jennifer Daley, Deputy

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

CASE NUMBER:
*(Número del caso):*
**HG12661699**

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF THE STATE OF CALIFORNIA
   24405 AMADOR ST
   HAYWARD, California 94544
   COUNTY OF ALAMEDA
   HAYWARD HALL OF JUSTICE HAYWARD HALL OF JUSTICE

2. The name, address and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   JAMES T. LEE, SBN 110838                                    (626) 915-5714
   BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
   20955 PATHFINDER ROAD, SUITE 300
   DIAMOND BAR, CA  91765

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)  ☒ did not  ☐ did
   for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful
   detainer assistant, complete item 6 on the next page.)

Date:   DEC 31 2012          PAT S. SWEETEN          Clerk, by   JENNIFER DALEY          , Deputy
*(Fecha)*                                            *(Secretario)*                        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under their fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)            ☐ other *(specify):*
5. ☐ by personal delivery on *(date):*

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]
FVCA Summons Unlaw Det-Ev.rpt (09/03/2012) / Ver-27  00000003439486

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure §§ 412.20, 415.456 1161

SUM-130

| PLAINTIFF (Name): Additional Parties Attachment form is attached.<br><br>DEFENDANT (Name): MARK SERRATO AND SANDRA J. SERRATO | CASE NUMBER: |
|---|---|

6. **Unlawful detainer assistant** (complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):

   a.   Assistant's name :

   b.   Telephone no.:

   c.   Street address, city, and ZIP:


   d.   County of registration :

   e.   Registration no. :

   f.   Registration expires on (date):

Form No. SUM-130 [Rev. July 1, 2009]

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

EVCA Summons Unlaw Det-Ev.rpt (09/03/2012) / Ver-27 00000003439486

SUM-200(A)

| SHORT TITLE: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN v. SERRATO, et al. | CASE NUMBER: |
|---|---|

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List **additional parties** (Check only one box. Use a separate page for each type of party.):

[X] Plaintiff     [ ] Defendant     [ ] Cross-Complainant     [ ] Cross-Defendant

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A)[Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

EVCA Summons Unlaw Det-Ev.rpt (09/03/2012) / Ver-27  00000003439486

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JAMES T. LEE, SBN 110838<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 PATHFINDER ROAD, SUITE 300<br>DIAMOND BAR, CA  91765 | **ENDORSED**<br>**FILED**<br>**ALAMEDA COUNTY**<br>DEC 3 1 2012<br>CLERK OF THE SUPERIOR COURT<br>By Jennifer Daley, Deputy |

TELEPHONE NO.: (626) 915-5714  FAX NO.: (909) 595-7640
ATTORNEY FOR (Name): PLAINTIFF
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 AMADOR ST
MAILING ADDRESS
CITY AND ZIP CODE: HAYWARD. 94544
BRANCH NAME: HAYWARD HALL OF JUSTICE-HAYWARD HALL OF J

CASE NAME: ***SEE ADDITIONAL PAGE***

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited  ☒ Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **HG12661699** |
| | | JUDGE:<br>DEPT |

*Items 1-5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35)<br>**Employment**<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37)<br>**Real Property**<br>☐ Eminent domain/Inverse<br>condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26)<br>**Unlawful Detainer**<br>☐ Commercial (31)<br>☒ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☐ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30)<br>☐ Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41)<br>**Enforcement of Judgment**<br>☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21)<br>☐ Other petition *(not specified above)* (43) |

2. This case ☐ is  ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
          issues that will be time-consuming to resolve               in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence      f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: ONE
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: DECEMBER 21, 2012

JAMES T. LEE, SBN 110838
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
* Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result
  in sanctions.
* File this cover sheet in addition to any cover sheet required by local court rule.
* If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all
  other parties to the action or proceeding.
* Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
                                                                                                                    Page 1 of 3

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>Page 1 of 3 |
|---|---|---|

LVCA Civil Cover Sheet.rpt (02/24/2012) / Ver-19  00000003439486

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice-
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
            or wrongful eviction)*
    Contract/Warranty Breach-Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case-Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
        domain, landlord/tenant, or
        foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ-Administrative Mandamus
    Writ-Mandamus on Limited Court
        Case Matter
    Writ-Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal-Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment *(Out of
        County)*
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

EVCA Civil Cover Sheet.rpt (09/03/2012) / Ver-20  00000003439486

SHORT TITLE: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN v. SERRATO, et al.

CASE NUMBER:

## CASE NAME

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN v. SERRATO, et al.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 3 of 3

Form Approved by the
Judicial Council of California
MC-020 [Rev January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CPC 201 201

NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (Name):

NAME OF COURT: SUPERIOR COURT OF THE STATE OF CALIFORNIA
STREET ADDRESS: COUNTY OF ALAMEDA
MAILING ADDRESS: 24405 AMADOR ST
CITY AND ZIP CODE: HAYWARD, CALIFORNIA 94544
BRANCH NAME: HAYWARD HALL OF JUSTICE-HAYWARD HALL OF JU;

PLAINTIFF: ***SEE ADDITIONAL PAGE***

DEFENDANT: MARK SERRATO; SANDRA J. SERRATO; and DOES 1 to 10, inclusive

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: HG12661699 |
|---|---|

(To be completed by the process server.)
DATE OF SERVICE:

(Date that this form is served or delivered, and posted, and mailed by the officer or process server)

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date): _____ , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing Fee) I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right of possession.

(Continued on reverse)

| CP105 [New January 1, 1991] | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | Code of Civil Procedure §§ 415 45 715 010, 715 020 1174 25 |
|---|---|---|

Page 1 of 3

| PLAINTIFF (Name): ***SEE ADDITIONAL PAGE*** | CASE NUMBER |
|---|---|
| DEFENDANT (Name): MARK SERRATO; SANDRA J. SERRATO; and DOES 1 to 10, inclusive | |

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

1. *(Response required within five days after you file this form)* I understand that I have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

2. **Rental Agreement.** I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison**

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . .
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all of the following are true:**
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

| SHORT TITLE: HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN v. SERRATO, et al. | CASE NUMBER. |
|---|---|

## PLAINTIFFS

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Form Approved by the
Judicial Council of California
MC-020 [Rev. January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CPC 201.501

1  JAMES T. LEE
   State Bar No. 110838
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  20955 Pathfinder Road, Suite 300
   Diamond Bar, CA 91765
4  (626) 915-5714 - Phone
   (909) 595-7640 - Fax
5  JAMESL@BDFGROUP.COM
6
7  Attorneys for Plaintiff

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

DEC 3 1 2012

CLERK OF THE SUPERIOR COURT
By Jennifer Baley, Deputy

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          COUNTY OF ALAMEDA, HAYWARD HALL OF JUSTICE

10
11  HSBC BANK USA, NATIONAL          CASE NO.   **HG12661699**
    ASSOCIATION, AS TRUSTEE FOR HOME
12  EQUITY LOAN TRUST SERIES ACE
    2006-HE1                          COMPLAINT FOR UNLAWFUL DETAINER
13
                                      (DEMAND UNDER $10,000)
14
15              Plaintiff,
                                      (Action based on Cal. Code of Civ. Pro. §§ 116 la(b)(3))
16      vs.
17
18  MARK SERRATO; SANDRA J. SERRATO;
    and DOES 1 to 10, inclusive,
19
20              Defendants.
21
22      Plaintiff alleges the following:
23
24      1.      Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
25  HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1 is the current owner of certain real
26  property and improvements thereon commonly known as 19390 COREY WY, CASTRO
27  VALLEY, CALIFORNIA 94546 following a non-judicial foreclosure sale held in accordance with

HSBC Complaint-UD 2Days.rpt / 09/03/2012 1.1 Ver-2B                    00000003439486

California Civil Code §§ 2924 et seq. Plaintiff's title was duly perfected by Trustee's Deed Upon Sale recorded on November 16, 2012 as Instrument No. 2012385299 in the Office of the Alameda County Recorder, a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

2.      Defendants, MARK SERRATO AND SANDRA J. SERRATO, are the current occupants of the real property and were the original trustors under the foreclosed deed of trust or the successors-in-interest to such original trustors and the last vested owners of record as of the foreclosure sale date.

3.      The true names and capacities, whether individual, corporate, associate or otherwise of defendants named herein as DOES 1 through 10, and of each of them, are unknown to plaintiff who therefore sues said defendants by their fictitious names as allowed by California Code of Civil Procedure § 474. Plaintiff asks leave of the court to amend its complaint to include the true names and capacities of said defendants when the same have been ascertained.

4.      Plaintiff is informed and believes and based thereon alleges that each defendant sued herein as DOE 1 through 10, inclusive, claims a possessory interest in the real property hereafter described as a tenant or successor-in-interest to the former owner.

5.      On December 10, 2012, Defendants, MARK SERRATO AND SANDRA J. SERRATO, were duly served in the manner prescribed by Cal. Code of Civ. Pro. § 1162 with written notice demanding that they surrender possession of the real property to plaintiff not later than three days following service of said written notice. True and correct copies of said written notice with corresponding proof of service are attached hereto as Exhibits "2" and "3," respectively.

and incorporated herein by this reference.

6.     More than three days have elapsed since the service of said written notice, but defendants have failed and refused to surrender possession of said real property and continue to occupy the real property without plaintiff's authorization or consent.

7.     The fair and reasonable rental value of the real property is $50.00 per day. Plaintiff is entitled to recover a money judgment against defendants for their continued occupancy of the real property at this daily rate from and after expiration of the notice to quit through the date of judgment.

8.     Plaintiff is entitled to restitution and possession of the real property from defendants named herein pursuant to California Code of Civil Procedure §§ 1161a(b)(3) and therefore requests a judgment enforceable by any authorized law enforcement agency.

WHEREFORE, plaintiff prays judgment as follows:

1.     For judgment awarding plaintiff restitution and possession of the real property;

2.     For monetary damages according to proof;

3.     For costs of suit incurred herein;

4.     For such other and further relief as the court deems proper.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Date: December 21, 2012

By: _____
JAMES T. LEE, Attorneys for Plaintiff
SBN 110838

COMPLAINT FOR UNLAWFUL DETAINER
-3-

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing <u>UNLAWFUL DETAINER SUMMONS AND COMPLAINT</u>
_____ and know its contents.

### CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am one of the attorneys for <u>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR</u> ,
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on <u>DECEMBER 21, 2012</u> , at <u>DIAMOND BAR</u> , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

<u>JAMES T. LEE, SBN 110838</u>
Type or Print Name                                                                                                  Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____, State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

_____

On, _____ I served the foregoing document described as _____

_____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**

☐ * I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____         _____
Type or Print Name                                                            Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Rev 7/99

EVCA_Verification.rpl (09/03/2012 ) / Ver-15   00000003439486

# EXHIBIT 1

RECORDING REQUESTED BY:

NDEx West, LLC
15000 Surveyor Blvd., Suite 500
Addison, Texas 75001

WHEN RECORDED MAIL TO AND MAIL
TAX STATEMENT TO:
HSBC BANK USA, NATIONAL ASSOCI .et al
P.O. BOX 2103
BUFFALO NY 14240

```
COPY of Document Recorded
at          Alameda          County Recorder
      2012385299            11/16/2012
has not been compared with original.
Original will be returned when process
has been completed.

Fee: 21.00    DTT:  0.00    Total    21.00
```

Space above this line is for Recorder's use only

TS No.: 20090134002331
Order No.: 913869

## CORRECTIVE TRUSTEE'S DEED UPON SALE

This Trustees Deed Upon Sale is being recorded to replace the Trustees Deed Upon Sale
recorded on August 27, 2012 as Instrument No. 2012279879 to correct the Grantee Name

The undersigned grantor declares:
1) The Grantee herein <u>WAS</u> the foreclosing beneficiary.
2) The amount of the unpaid debt together with cost was:      **$557,171.69**
3) The amount paid by the grantee at the trustee sale was:    **$350,000.00**
4) The documentary transfer tax is <u>$0.00</u>
5) Said property is in the city of <u>CASTRO VALLEY</u>
6) APN #<u>084C-0783-012</u>

and <u>NDEX West, LLC</u> (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described,
does hereby grant and convey, but without covenant or warranty, express or implied, to:

## HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH CERTIFICATES

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of <u>ALAMEDA</u>,
State of <u>California</u>, described as follows:

"See Legal Description Attached as Exhibit 'A'"

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 10/13/2005 and
executed by **MARK SERRATO AND SANDRA J. SERRATO** Trustor(s), and recorded on 10/27/2005 as Instrument No.
2005462885 of official records of **ALAMEDA** County, California and after fulfillment of the conditions specified in said
Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of
said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the
personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have
been complied with.

TS No.: 20090134002331                    Order No.: 913869

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 8/22/2012. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being $350,000.00 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale.

Dated:   November 14, 2012

NDEx West, LLC as Trustee

By: Ricardo Juarez, Assistant Director, Operations

STATE OF  TEXAS                     }
                                    §
COUNTY OF  DALLAS                   }

On November 14, 2012 before me, Rebecca Ann Hetherington, personally appeared Ricardo Juarez, Assistant Director, Operations ,who proved to me on the basis of satisfactory evidence (identified by TX DL) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Rebecca Ann Hetherington_

Rebecca Ann Hetherington
Notary Public
State of Texas
My Comm. Exp. 01-29-2013

TS No.: 20090134002331

Order No.: 913869

# EXHIBIT A

PORTION OF THE 1.20 ACRE TRACT OF LAND DESCRIBED IN THE DEED BY MARTIN J. MADISON TO FRED SMITH AND EMMA D. SMITH, DATED JUNE 15, 1943, RECORDED JUNE 26, 1943 IN BOOK 4376 OF OFFICIAL RECORDS OF ALAMEDA COUNTY, PAGE 275, UNDER SERIES NO. QQ/31097, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WESTERN LINE OF SAID 1.20 ACRE TRACT WITHIN THE NORTHERN LINE OF HEYER AVENUE OR COUNTY ROAD NUMBER 7636; RUNNING THENCE ALONG SAID LINE OF HEYER AVENUE 86 DEGREES 45' EAST, 89.82 FEET; THENCE NORTH 3 DEGREES 15' EAST, 115.50 FEET; THENCE NORTH 86 DEGREES 45' WEST, 89.82 FEET TO THE WESTERN LINE OF SAID 1.20 ACRE TRACT; AND THENCE ALONG THE LAST NAMED LINE SOUTH 3 DEGREES 15' WEST, 115.50 FEET TO THE POINT OF BEGINNING.

# EXHIBIT 2

**BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP**
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

ATTORNEYS AND COUNSELORS AT LAW

20955 PATHFINDER ROAD
SUITE 300
DIAMOND BAR, CALIFORNIA 91765
TELEPHONE: (626) 915-5714
TELECOPIER: (909) 595-7640

December 07, 2012

**NOTICE TO ANY RENTERS LIVING AT PROPERTY:**
19390 COREY WY, CASTRO VALLEY, CALIFORNIA  94546

Our File No.: 00000003439486

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

You may have the right to stay in your home for longer than 90 days. If you have a lease that ends more than 90 days from now, the new owner must honor the lease under many circumstances. Also, in some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

**How to Get Legal Help**

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

EVCA_NTQ_CoverLetter.rpt (12/05/2012) / Ver-26 00000003439486

**Barrett Daffin Frappier**
**Treder & Weiss, LLP**

A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

ATTORNEYS AND COUNSELORS AT LAW

20955 PATHFINDER ROAD
SUITE 300
DIAMOND BAR, CALIFORNIA 91765
TELEPHONE (626) 915-5714
TELECOPIER (909) 595-7640

December 07, 2012

MARK SERRATO AND SANDRA J. SERRATO
AND OTHER UNKNOWN OCCUPANTS
19390 COREY WY
CASTRO VALLEY, CALIFORNIA  94546

### THREE DAY NOTICE TO QUIT
(Code Civ. Proc. §§ 1161a(b)(3); 15 U.S.C. §§ 5201, 5220)

YOU ARE HEREBY NOTIFIED that HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1 is the new owner of the real property located at 19390 COREY WY, CASTRO VALLEY, CALIFORNIA   94546 ("the Property"), having acquired title at or following a non-judicial foreclosure sale held in accordance with Civ. Code § § 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by MARK SERRATO AND SANDRA J. SERRATO, as trustor, and recorded on October 27, 2005 as Instrument No. 2005462885 in the Office of the ALAMEDA County Recorder. The new owner's title has been duly perfected by Trustee's Deed Upon Sale, or by Grant Deed, recorded in the Office of the ALAMEDA County Recorder. State law allows the new owner to remove tenants or subtenants by appropriate legal action unless local ordinances impose just cause eviction controls. Federal law provides additional protections for certain "bona fide" tenants under the Protecting Tenants at Foreclosure Act of 2009 and tenants who receive federally-subsidized housing assistance under Section 8 of the United States Housing Act.

YOU ARE FURTHER NOTIFIED that your occupancy rights shall terminate effective THREE (3) calendar days after service of this Notice. You must vacate and surrender possession of the Property before that date, or we will commence legal proceedings against you to declare your occupancy rights forfeited, to obtain restitution and possession of the Property and to obtain a money judgment against you for holdover damages and recoverable court costs.

PLEASE BE ADVISED THAT THIS LAW FIRM IS A DEBT COLLECTOR.
ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:**
**PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

If you are a servicemember on "active duty" or "active service," or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes. Eligible service can include:

1. Active duty (as defined in Section 101(d)(1) of Title 10, United States Code) with the Army, Navy, Air Force, Marine Corps or Coast Guard;

2. Active service with the National Guard;

3. Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

4. Active service as a commissioned officer of the Public Health Service; or

5. Service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause.

If you are such a servicemember, or a dependent of such a servicemember, you should contact our eviction department at (626) 915-5714 to discuss your status under the SCRA.

BDFTW #    00000003439486

JAMES T. LEE
Attorneys for HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR HOME
EQUITY LOAN TRUST SERIES ACE 2006-HE1

PLEASE BE ADVISED THAT THIS LAW FIRM IS A DEBT COLLECTOR.
ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.

# EXHIBIT 3

| Attorney of Party Without Attorney (Name and Address)<br>Barrett, Daffin, Frappier,Treder & Weiss<br>20955 Pathfinder Road                    Suite 300<br>Diamond Bar               CA            91765<br>Attorney For:PLAINTIFF | Telephone No:<br>(626)915-5714 | FOR COURT USE ONLY |
|---|---|---|
| | Reference Number:<br>3596594            3439486 | |

| Plaintiff/Petitioner:        HSBC Bank USA, National Association<br>Defendant/Respondent:    Mark Serrato, et al. | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE**<br>**"FILE BY FAX"** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred
to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit and Notice to Tenant Coversheet

On the following tenant(s): Mark Serrato

Address:   19390 Corey Wy
           Castro Valley, CA 94546

Date and Time of Posting:  12/10/2012 at 12:25pm.

There being no person of suitable age or discretion to be found at the property,
and a business address could not be ascertained, service was effected BY POSTING
a copy for the above-named entity(s) in a conspicuous place on the property
therein described, and thereafter by MAILING by first-class mail on said date a
copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed
envelope with postage fully pre-paid, addressed to the above-named entity(s) at
the place where the property is situated.

FILE BY FAX PER CRC 2.303

7. Person Serving (name, address, and telephone No.):

## Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $  $80.00

Andrew Williams
Registered California Process Server.
(i) Independent Contractor
(ii) Registration No.:  37
(iii) County: San Benito

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  12/13/2012

(Signature)

| Attorney or Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Barrett, Daffin, Frappler,Treder & Weiss | | | (626)915-5714 | |
| 20955 Pathfinder Road | Suite 300 | | | |
| Diamond Bar | CA | 91765 | Reference Number: | |
| Attorney For:PLAINTIFF | | | 3596595       3439486 | |

| Plaintiff/Petitioner: | HSBC Bank USA, National Association |
|---|---|
| Defendant/Respondent: | Mark Serrato, et al. |

| **PROOF OF SERVICE** "FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit and Notice to Tenant Coversheet

On the following tenant(s): Sandra J. Serrato

Address:   19390 Corey Wy
           Castro Valley, CA 94546

Date and Time of Posting:   12/10/2012 at 12:25pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

FILE BY FAX PER CRC 2.303

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00

Andrew Williams
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:   37
(iii) County: San Benito

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   12/13/2012

(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417.10(l)

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: (626)915-5714 | FOR COURT USE ONLY |
|---|---|---|---|---|
| Barrett, Daffin, Frappier,Treder & Weiss 20955 Pathfinder Road Diamond Bar Attorney For:PLAINTIFF | Suite 300 CA | 91765 | Reference Number: 3596596          3439486 | |

| Plaintiff/Petitioner: | HSBC Bank USA, National Association |
|---|---|
| Defendant/Respondent: | Mark Serrato, et al. |

| **PROOF OF SERVICE** "FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit and Notice to Tenant Coversheet

On the following tenant(s): All Occupants in Care of Named Tenant, Mark Serrarto;
                             Sandra J. Serrato

Address:   19390 Corey Wy
           Castro Valley, CA 94546

Date and Time of Posting:  12/10/2012 at 12:25pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

*FILE BY FAX PER CRC 2.303*

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00

Andrew Williams
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  37
(iii) County:  San Benito

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  12/13/2012

_____
(Signature)

# EXHIBIT 2



1   Mark Serrato
2   19390 Corey Way
    Castro Valley, CA 94546
3   (510) 306-7409
4
    Defendant, In pro se
5
6
7              IN THE UNITED STATES DISTRICT COURT
8
9              NORTHERN DISTRICT OF CALIFORNIA
10  HSBC BANK USA, NATIONAL          Case No. **C13-1968** JCS
11  ASSOCIATION, AS TRUSTEE FOR
    HOME EQUITY LOAN TRUST SERIES
12  ACE 2006-HEI,                    **NOTICE OF REMOVAL**
13
          Plaintiff,
14
    vs.
15
16  MARK SERRATO; SANDRA J.
17  SERRATO; AND DOES 1 TO 10,
18  INCLUSIVE
19        Defendants.
20  _____
21  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE
22  HONORABLE UNITED STATES DISTRICT JUDGE:
23        PLEASE TAKE NOTICE that defendant Mark Serrato
24  ("Defendant) hereby removes to this Court the above-captioned action
25  described further below:
26     1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE
27        SATISFIED.
28
    _____
                       - 1 -

                   NOTICE OF REMOVAL

On December 31, 2012, HSBC BANK USA, NATIONAL ASSOCIATION, et al, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Alameda Defendant's demurrer to the complaint for unlawful detainer was based on a

defective Notice to Occupants to Vacate Premises A. true and correct copy of the relevant pleadings, i.e. summons and complaint, and demurrer to complaint, are attached hereto as **Exhibit "A" and Exhibit "B"**, respectively.

2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. §1446(b).

3. There are no other named Defendants in the action.

4. No previous request has been made for the relief requested.

5. The Superior Court of California for the County of Alameda is located within the Northern District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C § 1441(a).

6. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. §1367.

## II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.

7. The complaint for Unlawful Detainer is subject to strict notice requirements.

NOTICE OF REMOVAL

8. Defendant filed a demurrer to the Complaint based on a defective notice, i.e., the Notice to Occupants to Vacate Premises, failed to comply with The Protecting Tenants at Foreclosure Act [12 U.S.C. §5220].

9. Notwithstanding said violation of 12 U.S.C. §5220, the Superior Court for the County of Alameda did not sustain the demurrer.

10. Federal question jurisdiction exists because Defendants' demurrer, a pleading depend on the determination of Defendants' rights and Plaintiff's duties under federal law. Wherefore, Mark Serrato, respectfully removes this action from the California Superior Court for the County of Alameda to this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

Dated: _April 29_____, 2013

_CMARK SERRATO_
Mark Serrato
In pro per

-3-

NOTICE OF REMOVAL

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to his action. I reside in the City of _ALAMEDA_____, California; my home address is _2149 OTIS DR_____, _ALAMEDA_____, California 9_4501___.

On the date below, I served a copy of the following document entitled:

### NOTICE OF REMOVAL

on all interested parties in said case addressed as follows:

**JAMES T. LEE**
**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
**20955 PATHFINDER ROAD, SUITE 300**
**DIAMOND BAR, CA 91765**
**PHONE: (626) 915-5714**
**FAX: (909) 595-7640**

**SERVICE BY MAIL:** By depositing the envelope on the date below for mailing with the United States Postal Service in _ALAMEDA_____, California, in sealed envelope(s) with postage fully paid thereon.

**FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am a resident of the City of _ALAMEDA_____, State of California. This declaration is executed in _ALAMEDA_____, California, on _APRL___ _29_, 2013.

_KATHY BRAVO_____
[PrintedName]

_PATH BRAVO_____
[Signature of Declarant]

---

**- 4 -**
**NOTICE OF REMOVAL**

# EXHIBIT A

5

01/04/2013  15:33 FAX                                                                                                    ☑ 002/028

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MARK SERRATO; SANDRA J. SERRATO; and DOES 1 to
10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Additional Parties Attachment form is attached.

ENDORSED
(SOLO PARA USO DE LA CORTE)
ALAMEDA COUNTY

DEC 3 1 2012

CLERK OF THE SUPERIOR COURT
By Jennifer Daley, Deputy

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>24405 AMADOR ST<br>HAYWARD, California 94544<br>COUNTY OF ALAMEDA<br>HAYWARD HALL OF JUSTICE HAYWARD HALL OF JUSTICE | CASE NUMBER<br>*(Número del Caso):*<br>HG12661699 |

2. The name, address and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JAMES T. LEE, SBN 110838                                                    (626) 915-xxxx
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD, SUITE 300
DIAMOND BAR, CA  91765

3. (Must be answered in all cases.) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)   ☒ did not   ☐ did
for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful
detainer assistant, complete item 6 on the next page.)

| | | | |
|---|---|---|---|
| Date<br>*(Fecha)*  DEC 3 1 2012 | PAT S. SWEETEN, Clerk, by<br>*(Secretario)* | **JENNIFER DALEY**, Deputy<br>*(Adjunto)* | |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| | | |
|---|---|---|
| [SEAL] | 4.  **NOTICE TO THE PERSON SERVED:** You are served<br>  a. ☒ as an individual defendant<br>  b. ☐ as the person sued under the fictitious name of *(specify):*<br>  c. ☐ as an occupant<br>  d. ☐ on behalf of *(specify):*<br>      under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)<br>              ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)<br>              ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)<br>              ☐ CCP 415.46 (occupant)                ☐ other *(specify):*<br>  5. ☐ by personal delivery on *(date):* | |

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. June 1, 2008]

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1167

CVCA Summons-Unlaw Det-Evict (09/03/2012) (Ver 27  000000043048)

01/04/2013 15:39 FAX                                                    ☑ 003/028

SUM-130

| PLAINTIFF *(Name)* Additional Parties Attachment Form is attached. | CASE NUMBER |
| DEFENDANT *(Name)* MARK SERRATO AND SANDRA J. SERRATO | |

8   Unlawful detainer assistant *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant.)*

   a.   Assistant's name
   b.   Telephone no..
   c.   Street address, city, and ZIP.


   d.   County of registration
   e.   Registration no.
   f.   Registration expires on *(date)*

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

LDCa Summons Unlaw Dnt-Ev tpl (09/03/2012) / Ver-2

01/04/2013 15:40 FAX                                                      ☒ 004/026

|  | SUM-200(A) |
|---|---|
| SHORT TITLE  HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN v. SERRATO, ET AL. | CASE NUMBER |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (Check only one box. Use a separate page for each type of party):

☒ Plaintiff       ☐ Defendant       ☐ Cross-Complainant       ☐ Cross-Defendant

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A)[Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

FVCA Summons Unlaw Det-ret (09/03/2012) / Ver.27 000000043JJJKG

01/04/2013 15:40 FAX                                                                 Ø005/025

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
JAMES I. LEE, SBN 110838
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD, SUITE 300
DIAMOND BAR, CA 91765
   TELEPHONE NO. (626) 915 5714   FAX NO. (909) 595-7640
ATTORNEY FOR (Name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
   STREET ADDRESS: 24405 AMADOR ST
   MAILING ADDRESS:
   CITY AND ZIP CODE: HAYWARD, 94544
   BRANCH NAME: HAYWARD HALL OF JUSTICE-HAYWARD HALL OF

CASE NAME: ***SEE ADDITIONAL PAGE***

FOR COURT USE ONLY

ENDORSED
FILED
ALAMEDA COUNTY

DEC 31 2012

CLERK OF THE SUPERIOR COURT
By Jennifer Haley, Deputy

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited (Amount (Amount demanded demanded is exceeds $25,000)  $25,000 or less) | [ ] Counter   [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | HG12661699 |
| | | JUDGE: |
| | | DEPT: |

Items 1-6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): ONE
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: DECEMBER 21, 2012
JAMES I. LEE, SBN 110838
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment (non-domestic relations)
 Sister State Judgment
 Administrative Agency Award (not unpaid taxes)
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

01/04/2013 15:41 FAX                                                      ☑ 007/028

| SHORT TITLE HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN v. SERRATO, et al. | CASE NUMBER |

1   **CASE NAME**

2   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN

3   v. SERRATO, et al.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*

27   | This page may be used with any Judicial Council form or any other paper filed with the court | Page 3 of 3

Form Approved by the
Judicial Council of California
MC-020 [Rev. January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

01/04/2013 15:41 FAX                ☑ 008/026

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (Name):

NAME OF COURT: SUPERIOR COURT OF THE STATE OF CALIFORNIA
STREET ADDRESS: COUNTY OF ALAMEDA
MAILING ADDRESS: 24405 AMADOR ST
CITY AND ZIP CODE: HAYWARD, CALIFORNIA 94544
BRANCH NAME: HAYWARD HALL OF JUSTICE-HAYWARD HALL OF JU

PLAINTIFF: ***SEE ADDITIONAL PAGE***

DEFENDANT: MARK SERRATO; SANDRA J. SERRATO; and DOES 1 to 10, inclusive

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: HG12661600 |
|---|---|

DATE OF SERVICE

*(Date that this form is served or delivered and posted, and mailed by the officer or process server.)*

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing Fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court this form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right of possession.

*(Continued on reverse)*

12

CUP-R (New January 1, 2006)     **PREJUDGMENT CLAIM OF POSSESSION**     Code of Civil Procedure §§ 415.46, 715.010, 1174.25, 1174.3
Page 1 of 2

EVCA_PrejudgClaim RtPoss.rpt ( 02/23/2011 ) / Ver.20 00000003439486

01/04/2013 15:42 FAX                    009/028

PLAINTIFF (Name) ***SEE ADDITIONAL PAGE***

DEFENDANT (Name) MARK SERRATO; SANDRA J. SERRATO; and
DOES 1 to 10, inclusive

CASE NUMBER

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

---

1. (Response required within five days after you file this form) I understand that I have **five days** (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form

2. **Rental Agreement.** I have (check all that apply to you):
   a. ☐ an oral rental agreement with the landlord
   b. ☐ a written rental agreement with the landlord
   c. ☐ an oral rental agreement with a person other than the landlord
   d. ☐ a written rental agreement with a person other than the landlord
   e. ☐ other (explain)

declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

---

**WARNING: Perjury is a felony punishable by imprisonment in the state prison**

---

Date

_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF CLAIMANT)

---

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all of the following are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is the court filing date on the accompanying Summons and Complaint.)
3. You still occupy the premises.

(Where to file this form) You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

(What will happen if you do not file this form) If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. If you do not file this claim, you will be evicted without a hearing

13

01/04/2013 15:42 FAX                                                    ☒010/028

| SHORT TITLE HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN v. SERRATO, et al. | CASE NUMBER |
|---|---|

1    **PLAINTIFFS**

2    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN

3    TRUST SERIES ACE 2006-HE1

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    *[Required for verified pleading] The items on this page stated on information and belief are (specify item numbers, not line numbers):*

27    This page may be used with any Judicial Council form or any other paper filed with the court.

Form Approved by the
Judicial Council of California
CM-010[Rev.] January 1, 1987

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

Page 3 of 3

14

01/04/2013 15:42 FAX                                                     ☑ 011/028

1   JAMES T. LEE
    State Bar No. 110838
2   BARRETT DAFFIN FRAPPIER
    TREDER & WEISS, LLP
3   20955 Pathfinder Road, Suite 300
    Diamond Bar, CA 91765
4   (626) 915-5714 - Phone
5   (909) 595-7640 - Fax
    JAMESL@BDFGROUP.COM
6
7   Attorneys for Plaintiff

ENDORSED
FILED
ALAMEDA COUNTY

DEC 3 1 2012

CLERK OF THE SUPERIOR COURT
By Jennifer Seday, Deputy

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF ALAMEDA, HAYWARD HALL OF JUSTICE

10

11  HSBC BANK USA, NATIONAL                CASE NO.    HG12661699
    ASSOCIATION, AS TRUSTEE FOR HOME
12  EQUITY LOAN TRUST SERIES ACE           COMPLAINT FOR UNLAWFUL DETAINER
13  2006-HE1
                                           (DEMAND UNDER $10,000)
14

15              Plaintiff,                 (Action based on Cal. Code of Civ. Pro. §§ 1160(b)(2))

16      vs.

17

18  MARK SERRATO; SANDRA J. SERRATO;
    and DOES 1 to 10, inclusive,
19

20              Defendants.

21

22      Plaintiff alleges the following:                                        15

23

24      1.      Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR

25  HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1 is the current owner of certain real

26  property and improvements thereon commonly known as 19390 COREY WY, CASTRO

27  VALLEY, CALIFORNIA 94546 following a non-judicial foreclosure sale held in accordance with

01/04/2013 15:43 FAX                                                              012/026

California Civil Code §§ 2924 et seq. Plaintiff's title was duly perfected by Trustee's Deed Upon

Sale recorded on November 16, 2012 as Instrument No. 2012385299 in the Office of the Alameda

County Recorder, a true and correct copy of which is attached hereto as Exhibit "1" and

incorporated herein by this reference.

      2.    Defendants, MARK SERRATO AND SANDRA J. SERRATO, are the current

occupants of the real property and were the original trustors under the foreclosed deed of trust or

the successors-in-interest to such original trustors and the last vested owners of record as of the

foreclosure sale date.

      3.    The true names and capacities, whether individual, corporate, associate or otherwise

of defendants named herein as DOES 1 through 10, and of each of them, are unknown to plaintiff

who therefore sues said defendants by their fictitious names as allowed by California Code of Civil

Procedure § 474. Plaintiff asks leave of the court to amend its complaint to include the true names

and capacities of said defendants when the same have been ascertained.

      4.    Plaintiff is informed and believes and based thereon alleges that each defendant

sued herein as DOE 1 through 10, inclusive, claims a possessory interest in the real property

hereafter described as a tenant or successor-in-interest to the former owner.

      5.    On December 10, 2012, Defendants, MARK SERRATO AND SANDRA J

SERRATO, were duly served in the manner prescribed by Cal. Code of Civ. Pro. § 1162 with

written notice demanding that they surrender possession of the real property to plaintiff not later

than three days following service of said written notice. True and correct copies of said written

notice with corresponding proof of service are attached hereto as Exhibits "2" and "3," respectively

01/04/2013 15:43 FAX ☎013/028

and incorporated herein by this reference.

6.   More than three days have elapsed since the service of said written notice, but defendants have failed and refused to surrender possession of said real property and continue to occupy the real property without plaintiff's authorization or consent.

7.   The fair and reasonable rental value of the real property is $50.00 per day. Plaintiff is entitled to recover a money judgment against defendants for their continued occupancy of the real property at this daily rate from and after expiration of the notice to quit through the date of judgment.

8.   Plaintiff is entitled to restitution and possession of the real property from defendants named herein pursuant to California Code of Civil Procedure §§ 1161a(b)(3), and therefore requests a judgment enforceable by any authorized law enforcement agency.

WHEREFORE, plaintiff prays judgment as follows:

1.   For judgment awarding plaintiff restitution and possession of the real property;

2.   For monetary damages according to proof;

3.   For costs of suit incurred herein;

4.   For such other and further relief as the court deems proper.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Date: December 21, 2012

By: _____
JAMES F. LEE, Attorneys for Plaintiff
SBN 110838

COMPLAINT FOR UNLAWFUL DETAINER
-3-

01/04/2013 15:43 FAX ⬛014/028

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing UNLAWFUL DETAINER SUMMONS AND COMPLAINT
and know its contents

### CHECK APPLICABLE PARAGRAPHS

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am [ ] an Officer [ ] a partner [ ] a _____ of _____ a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am one of the attorneys for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on DECEMBER 21, 2012 , at DIAMOND BAR , California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JAMES T. LEE, SBN 110838
Type or Print Name                                                              Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____
I am employed in the county of _____ , State of California.
I am over the age of 18 and not a party to the within action; my business address is:
_____

On: _____ I served the foregoing document described as _____

on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list

[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows

[ ] BY MAIL
[ ] I deposited such envelope in the mail at _____ , California
The envelope was mailed with postage thereon fully prepaid.
[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on _____ , at _____ , California

[ ] **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee
Executed on _____ , at _____ , California

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                                                              _____
Type or Print Name                                                    Signature

*the Mail SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG
**FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF DELIVERY PERSON

18

EVCA_Verification.rpt (09/03/2012) / Ver-15   00000003439488

01/04/2013 15:44 FAX ☾ ☾ ☑018/028

RECORDING REQUESTED BY:

NDEx West, LLC
15000 Surveyor Blvd., Suite 500
Addison, Texas 75001

WHEN RECORDED MAIL TO AND MAIL
TAX STATEMENT TO:
HSBC BANK USA, NATIONAL ASSOCI as al
P O BOX 2101
BUFFALO NY 14240

┌────────────────────────────────────────┐
│ COPY of Document Recorded                │
│ at        Alameda      County Recorder   │
│      2012385299         11/16/2012       │
│ has not been compared with original      │
│ Original will be returned when process   │
│ has been completed.                      │
│                                          │
│ Fee: 21.00   DTT: 0.00   Total   21.00   │
└────────────────────────────────────────┘

TS No  20090134002331
Order No  913860

Space above this line is for Recorder's use only

## CORRECTIVE TRUSTEE'S DEED UPON SALE

This Trustee's Deed Upon Sale is being recorded to replace the Trustees Deed Upon Sale recorded on August 27, 2012 as Instrument No. 2012279879 to correct the Grantee Name.

The undersigned grantor declares:
1) The Grantee herein WAS the foreclosing beneficiary
2) The amount of the unpaid debt together with cost was:        $557,171.69
3) The amount paid by the grantee at the trustee sale was:       $350,000.00
4) The documentary transfer tax is $0.00
5) Said property is in the city of CASTRO VALLEY
6) APN #084C-0783-012

and NDEX West, LLC (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without covenant or warranty, express or implied, to:

## HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-THROUGH CERTIFICATES

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of ALAMEDA, State of California, described as follows:

"See Legal Description Attached as Exhibit 'A'"

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 10/13/2005 and executed by MARK SERRATO AND SANDRA J. SERRATO Trustor(s), and recorded on 10/27/2005 as Instrument No. 2005462885 of official records of ALAMEDA County, California and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the Office of the Recorder of said County, and such default still existed at the time of sale.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been complied with.

01/04/2013  15:44 FAX                                                   ☎ 015/026

# EXHIBIT 1

19

01/04/2013 15:44 FAX                                                                017/028

TS No  20090134002331                    Order No  913869

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed of Trust, sold the herein described property at public auction on 8/22/2012. Grantee, being the highest bidder at said sale, became the purchaser of said property for the amount bid being $350,000.00 in lawful money of the United States, or by credit bid if the Grantee was the beneficiary of said Deed of Trust at the Time of said Trustee's Sale

Dated:  November 14, 2012

NDEx West, LLC as Trustee

By: Ricardo Juarez, Assistant Director, Operations

STATE OF TEXAS                    }
                                  }
COUNTY OF DALLAS                  }

On November 14, 2012 before me, Rebecca Ann Hetherington, personally appeared Ricardo Juarez, Assistant Director, Operations who proved to me on the basis of satisfactory evidence (identified by TX DL) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  Rebecca Ann Hetherington

Rebecca Ann Hetherington
Notary Public
State of Texas
My Comm. Exp. 01-28-2013

21

01/04/2013 15:45 FAX                                                                    ☒018/026

TS No.. 20090013-0002331                    Order No . 913869

## EXHIBIT A

PORTION OF THE 1.20 ACRE TRACT OF LAND DESCRIBED IN THE DEED BY MARTIN J. MADISON TO FRED SMITH AND EMMA D. SMITH, DATED JUNE 15, 1943, RECORDED JUNE 26, 1943 IN BOOK 4376 OF OFFICIAL RECORDS OF ALAMEDA COUNTY, PAGE 275, UNDER SERIES NO. OO/31097, DESCRIBED AS FOLLOWS.

BEGINNING AT THE INTERSECTION OF THE WESTERN LINE OF SAID 1.20 ACRE TRACT WITH N THE NORTHERN LINE OF HEYER AVENUE OR COUNTY ROAD NUMBER 7636; RUNNING THENCE ALONG SAID LINE OF HEYER AVENUE 86 DEGREES 45' EAST, 89.82 FEET; THENCE NORTH 3 DEGREES 15' EAST, 115.50 FEET; THENCE NORTH 86 DEGREES 45' WEST, 89.82 FEET TO THE WESTERN LINE OF SAID 1.20 ACRE TRACT, AND THENCE ALONG THE LAST NAMED LINE SOUTH 3 DEGREES 15' WEST, 115.50 FEET TO THE POINT OF BEGINNING

22

01/04/2013 15:45 FAX ☑019/028

# EXHIBIT 2

23

**BARRETT DAFFIN FRAPPIER**
**TREDER & WEISS, LLP**
A PAR INLRSHIP INCLUDING
PROFESSIONAL CORPORATIONS

ATTORNEYS AND COUNSELORS AT LAW

JEFES PATHFINDER ROAD
SUITE 900
DIAMOND BAR CALIFORN A 91765
TELEPHONE (626) 915-5714
TELECOPIER (909) 595-7640

December 07, 2012

NOTICE TO ANY RENTERS LIVING AT PROPERTY:
19390 COREY WY, CASTRO VALLEY, CALIFORNIA 94546

Our File No.: 0000003439486

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

You may have the right to stay in your home for longer than 90 days. If you have a lease that ends more than 90 days from now, the new owner must honor the lease under many circumstances. Also, in some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

**How to Get Legal Help**

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association

24

01/04/2013 15:48 FAX &#x2610; 021/026

**Barrett Daffin Frappier**

**Treder & Weiss, LLP**

A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

ATTORNEYS AND COUNSELORS AT LAW

December 07, 2012

MARK SERRATO AND SANDRA J. SERRATO
AND OTHER UNKNOWN OCCUPANTS
19390 COREY WY
CASTRO VALLEY, CALIFORNIA 94546

<u>**THREE DAY NOTICE TO QUIT**</u>
**(Code Civ. Proc. §§ 1161a(b)(3); 15 U.S.C. §§ 5201, 5220)**

YOU ARE HEREBY NOTIFIED that HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1 is the new owner of the real property located at 19390 COREY WY, CASTRO VALLEY, CALIFORNIA 94546 ("the Property"), having acquired title at or following a non judicial foreclosure sale held in accordance with Civ. Code § § 2924 et seq. under the power of sale contained in that certain Deed of Trust executed by MARK SERRATO AND SANDRA J. SERRATO, as trustor, and recorded on October 27, 2005 as Instrument No. 2005462885 in the Office of the ALAMEDA County Recorder. The new owner's title has been duly perfected by Trustee's Deed Upon Sale, or by Grant Deed, recorded in the Office of the ALAMEDA County Recorder. State law allows the new owner to remove tenants or subtenants by appropriate legal action unless local ordinances impose just cause eviction controls. Federal law provides additional protections for certain "bona fide" tenants under the Protecting Tenants at Foreclosure Act of 2009 and tenants who receive federally-subsidized housing assistance under Section 8 of the United States Housing Act.

YOU ARE FURTHER NOTIFIED that your occupancy rights shall terminate effective THREE (3) calendar days after service of this Notice. You must vacate and surrender possession of the Property before that date, or we will commence legal proceedings against you to declare your occupancy rights forfeited, to obtain restitution and possession of the Property and to obtain a money judgment against you for holdover damages and recoverable court costs.



**PLEASE BE ADVISED THAT THIS LAW FIRM IS A DEBT COLLECTOR.**
**ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.**

01/04/2013 15:48 FAX                                                                022/026

### IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:
### PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

If you are a servicemember on "active duty" or "active service," or a dependent of such a servicemember, you may be entitled to certain legal rights and protections, including protection from eviction, pursuant to the Servicemembers Civil Relief Act 150 U.S.C. App. §§ 501-506), as amended, (the "SCRA") and, possibly, certain related state statutes. Eligible service can include:

1. Active duty (as defined in Section 101(d)(1) of Title 10, United States Code) with the Army, Navy, Air Force, Marine Corps or Coast Guard;

2. Active service with the National Guard;

3. Active service as a commissioned officer of the National Oceanic and Atmospheric Administration;

4. Active service as a commissioned officer of the Public Health Service; or

5. Service with the forces of a nation with which the United States is allied in the prosecution of a war or military action.

Eligible service also includes any period during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause.

If you are such a servicemember, or a dependent of such a servicemember, you should contact our eviction department at (626) 915-5714 to discuss your status under the SCRA.

BDF I W #   00000003439486

JAMES T. LEE
Attorneys for HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR HOME
EQUITY LOAN TRUST SERIES AC # 2006-HE1

2b

PLEASE BE ADVISED THAT THIS LAW FIRM IS A DEBT COLLECTOR.
ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT PURPOSE.

01/04/2013 15:46 FAX                                                    ☒ 024/028

| Attorney or Party Without Attorney (Name and Address) | | | Telephone No. | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Barrett, Dafin, Frappier, Treder & Weiss | | | (626)915-5714 | | |
| 20955 Pathfinder Road | | Suite 300 | | | |
| Diamond Bar | CA | 91765 | Ref. or File Number | | |
| Attorney For: PLAINTIFF | | | 754984 | 2439406 | |

| Plaintiff/Petitioner: | HSBC Bank USA, National Association |
|---|---|
| Defendant/Respondent: | Mark Serrato, et al. |

| **PROOF OF SERVICE** "FILE BY FAX" | Hearing Date | Time | Dept/Div | Case Name |
|---|---|---|---|---|
| | | | | NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Three Day Notice to Quit and Notice to Tenant, Coversheet

On the following tenant(s): Mark Serrato

Address:    19390 Corey Wy
            Castro Valley, CA 94546

Date and Time of Posting:  12/10/2012 at 12:25pm.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service  $   $80.00
Andrew Williams
Registered California Process Server
(1) Independent Contractor
(b) Registration No..  37
(d) County  San Benito

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  12/13/2012

_____
(Signature)

27

Judicial Council form POS 010

**Proof of Service**

F I L E   B Y   F A X   P E R   C R C   2 . 3 0 3

28

# EXHIBIT B

01/11/2013 15:32 FAX 5105817471    Mail House Plus                                    ✉0002/0008

1  Mark Serrato
   19390 Corey Way
2  Castro Valley, CA 94546
   (510) 306-7409
3

4
   Defendant, In Pro Per
5

6

7              SUPERIOR COURT OF CALIFORNIA

8        COUNTY OF ALAMEDA - RENE C. DAVIDSON COURTHOUSE

9

10  HSBC BANK USA, NATIONAL            ) Case No. HG12661699
                                       )
11  ASSOCIATION, AS TRUSTEE FOR        ) DEFENDANT'S NOTICE OF DEMURRER
                                       ) AND DEMURRER TO COMPLAINT;
12  HOME EQUITY LOAN TRUST SERIES      ) MEMORANDUM OF POINTS AND
                                       ) AUTHORITIES
13  ACE 2006-HEI,                      )
                                       )
14          Plaintiff,                 ) Date: _1/30/13_
                                       ) Time: _130_
15      vs.                            ) Dept: _21_
                                       )
16  MARK SERRATO; SANDRA J.            ) **Matter Originally Filed in**
                                       ) **Hayward Hall of Justice on**
17  SERRATO; AND DOES 1 TO 10,         ) **December 31, 2012.**
                                       )
18  INCLUSIVE                          )
                                       )
19          Defendant(s).              )

20

21      TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that on _1/30_ , 2013 at _130_ ,

23  or soon thereafter as it may be heard in Dept _21_ of the

24  above-entitled court, located at 1225 Fallon St., Oakland, CA

25  94612, Defendant, Mark Serrato, hereinafter ("Defendant") will

26  present his Demurrer to Plaintiff, HSBC BANK USA, NATIONAL

27

28                                  1

DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;
MEMORANDUM OF POINTS AND AUTHORITIES

01/11/2013 15:33 FAX  5105817001        Mail House Plus                        ☒0003/0008

ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE

2006-HEI, (hereinafter "Plaintiff") Complaint for Unlawful

Detainer.

The Demurrer will be based on Plaintiff's Complaint for Unlawful

Detainer, the accompanying Memorandum of Points and Authorities,

the records of the Court, and such other and further matters as

the Court may consider at the hearing on the Demurrer.


Dated: _____1/10/13_____          By:/_____

                                      Mark Serrato
                                      Defendant, In Pro Per

2

DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;
MEMORANDUM OF POINTS AND AUTHORITIES

01/11/2013 15:33 FAX 5105517911          Mall House Plus                          ☑0004/0008

### DEMURRER

1      Defendant hereby specifically and generally demurs to the

Complaint for Unlawful Detainer as follows:

      Plaintiff's Complaint for Unlawful Detainer is defective in

that the Notice to Quit was and is inappropriate and defective;

      Plaintiff's Complaint for the Unlawful Detainer fails to

state a cause of action against this demurring Defendant.[1]

WHEREFORE Defendant prays:

1. That the Demurrer is sustained without leave to amend;

2. That Plaintiff take nothing by way of its Complaint for

   Unlawful Detainer:

3. For costs of suit incurred, if allowed;

4. For such other costs and relief as the Court may deem

   just and proper.

Dated: ___1/10/13___          By: _____
                              Mark Serrato
                              Defendant, In Pro Per

---
[1] CCP §430.10(a)

3

DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;
MEMORANDUM OF POINTS AND AUTHORITIES

01/11/2013 15:33 FAX    510581711          Mail House Plus                                ☑0005/0008

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

The subject property was owned by the Defendant. The property was purportedly sold at a trustee's sale pursuant to an alleged notice of default and election to sell.

Defendant resides at the subject property and has been residing there since it was purchased as his sole residence.

On or about December 10, 2012, Defendant was allegedly served with a Notice to Quit. The Notice to Quit specified that the former owner was to deliver possession of the subject.

On December 31, 2012 Plaintiff filed its Complaint for Unlawful Detainer in the Alameda County Superior Court. On January 4, 2013, Plaintiff caused its Complaint for Unlawful Detainer to be posted upon the Defendant's door.

### FIRST GROUND FOR DEMURRER

Plaintiff's Complaint for Unlawful Detainer attaches and incorporates a 3 Day Notice to Quit. However, the Complaint for Unlawful Detainer specifically sets a daily rental value on the property of $50.00 per day. This language ostensibly characterizes the Defendant as a tenant.[2]

---

[2] Civ. C §1940

4

DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES

01/11/2013 15:34 FAX   5105817411          Mail House Plus                    ☎ 0007/0008

**II.**

**CONCLUSION**

Based on the foregoing, Defendant requests that his

Demurrer to Plaintiff's Complaint for Unlawful Detainer be

sustained without leave to amend.


Dated: _____ 1|10|13 _____          By: _____
                                         Mark Serrato
                                         Defendant, In Pro Per

6

DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;
MEMORANDUM OF POINTS AND AUTHORITIES

01/11/2013 15:34 FAX   5105817471          Mail House Plus                         ☒0006/0008

1    Whether consent and acceptance of rent created a landlord-

2  tenant relationship depends of course on the particular

3  circumstances of each case.[3]

4    Consequently, <u>Civ. C</u> §1946, Notice Required to Terminate

5  Tenancy states:

6

7    *A hiring of real property, for a term not specified by the parties, is
deemed to be renewed as stated in Section 1945, at the end of the term
implied by law unless one of the parties gives written notice to the*

8   *other of his intention to terminate the same, at least as long before
the expiration thereof as the term of hiring itself, not exceeding 30*

9   *days; provided, however, that as to tenancies from monthly to month
either of the parties may terminate the same by giving at least 30*

10  *days' written notice thereof at any time and the rent shall be due and
payable to and including the date of termination.*

11

12 <u>Code of Civ. Proc.</u> §1161 (2) states, in pertinent part, that:
   *"When he or she continues in possession, in person or by subtenant,*

13  *without the permission of his or her landlord, or the successor in
estate of his or her landlord, if applicable, after default in the*

14  *payment of rent, pursuant to the lease or agreement under which the
property is held, and three days' notice, in writing, requiring its*

15  *payment, stating the amount which is due, the name, telephone number,
and address of the person to whom the rent payment shall be made…"*

16    Therefore, the mere service of a Notice to Quit on

17 Defendant was inappropriate and inadequate.

18

19 ///

20 ///

21

22

23

24

25

26
_____

27 [3] <u>Getz v. City of W. Hollywood</u> (1991) 233 Cal. App. 3d 625, 630, 284 Cal.Rptr. 631

28                                    5

DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;
MEMORANDUM OF POINTS AND AUTHORITIES

01/11/2013 15:35 FAX 5105817471   Mail House Plus   ☏0008/0008

PROOF OF SERVICE

1    I am over the age of 18 and not a party to this action.

2    I am a resident of or employed in the county where the mailing

3    occurred; my business/residence address is:

4    3256 CASTRO VALLEY BLVD #185 CASTRO VALLEY, CA 94546

5    On JAN 10 2013    I served the foregoing document(s) described as:

6    DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT; MEMORANDUM OF

7    POINTS AND AUTHORITIES to the following parties:

8                          JAMES T. LEE
9           BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
                 20955 PATHFINDER ROAD, SUITE 300
10                     DIAMOND BAR, CA 91765
                      PHONE: (626) 915-5714
11                     FAX: (909) 595-7640

12        [x] (By U.S. Mail) I deposited such envelope in the mail at

13            CASTRO VALLEY, California with postage thereon fully

14            prepaid. I am aware that on motion of the party served,

15            service is presumed in valid in postal cancellation date or

16            postage meter date is more than one day after date of deposit

17            for mailing in affidavit.

18        [ ] (By Personal Service) I caused such envelope to be delivered

19            by hand via messenger service to the address above;

20        [ ] (By Facsimile) I served a true and correct copy by facsimile

21            during regular business hours to the number(s) listed above.

22            Said transmission was reported complete and without error.

23    I declare under penalty of perjury under the laws of the State of

24    California that the foregoing is true and correct.

25

26    DATED: 1/10/13              Erwin Cringueleti

27                               (NAME OF PERSON SERVING PAPERS)

28
                                    7
      DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT;
      MEMORANDUM OF POINTS AND AUTHORITIES

**UD-105**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Mark Serrato<br>19390 Corey Way<br>Castro Valley, CA 94546 | 510-306-7409 | COPY |

ATTORNEY FOR *(Name):* In Pro Per

| | |
|---|---|
| NAME OF COURT: | Superior Court of California County of Alameda |
| STREET ADDRESS: | 1225 Fallon St |
| MAILING ADDRESS: | Same |
| CITY AND ZIP CODE: | Oakland, CA 94612 |
| BRANCH NAME: | |

PLAINTIFF: HSBC Bank USA, National Association, As Trustee for Home Equity

DEFENDANT: Mark Serrato; Sandra J. Serrato; and DOES 1 to 10, Inclusive

| ANSWER—Unlawful Detainer | CASE NUMBER:<br>HG12661699 |
|---|---|

1. Defendant *(names):*
   Mark Serrato

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. ☐ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.)*
   b. ☐ Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false *(use paragraph numbers from the complaint or explain):*

      ☐ Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(use paragraph numbers from the complaint or explain):*
      Defendant disputes Plaintiff's ownership of the property.  Defendant was served with a  3 day notice to quit but Plaintiff is requesting fair rental value.  No rental agreement has been signed
      ☑ Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES **(NOTE:** *For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).*
   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. ☐ *(nonpayment of rent only)* On *(date):* _____ before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.
   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

      *(Also, briefly state the facts showing violation of the ordinance in item 3j).*
   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. ☑ Other affirmative defenses are stated in item 3j.

*36*

| Form Approved by the Judicial<br>Council of California<br>UD-105 [Rev. January 1, 2007] | **ANSWER—Unlawful Detainer** | Civil Code, §1940 et seq.;<br>Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |
|---|---|---|

**UD-105**

| PLAINTIFF *(Name)*: HSBC Bank USA, National Association, As Trustee for Home Eq | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Mark Serrato; Sandra J. Serrato; and DOES 1 to 10, Inclusive | HG12661699 |

3. **AFFIRMATIVE DEFENSES** (cont'd)

    j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one)*:

       This eviction is due to a wrongful foreclosure. Defendant believes that he was not given the opportunity to save his home. Despite all the Defendant's attempts to work with the bank they still foreclosed on the property.

    (1) ☐ All the facts are stated in Attachment 3j.    (2) ☐ Facts are continued in Attachment 3j.

4. **OTHER STATEMENTS**

    a. ☐ Defendant vacated the premises on *(date)*:

    b. ☐ The fair rental value of the premises alleged in the complaint is excessive *(explain)*:

    c. ☐ Other *(specify)*:

5. **DEFENDANT REQUESTS**

    a. that plaintiff take nothing requested in the complaint.

    b. costs incurred in this proceeding.

    c. ☐ reasonable attorney fees.

    d. ☐ that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.

    e. ☑ Other *(specify)*:

       Defendant request this matter be dismissed due to wrongful foreclosure.

6. ☐ Number of pages attached *(specify)*:

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400- 6415)**

7. *(Must be completed in all cases)* An **unlawful detainer assistant** ☑ did not ☐ did for compensation give advice or assistance with this form. *(If defendant has received any help or advice for pay from an unlawful detainer assistant, state:*

    a. Assistant's name:           b. Telephone No.:

    c. Street address, city, and ZIP:

    d. County of registration:        e. Registration No.:        f. Expires on (date):

Mark Serrato
_____   ▶ _____
    *(TYPE OR PRINT NAME)*                     *(SIGNATURE OF DEFENDANT OR ATTORNEY)*

_____   ▶ _____
    *(TYPE OR PRINT NAME)*                     *(SIGNATURE OF DEFENDANT OR ATTORNEY)*

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership. )*

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date:

Mark Serrato
_____   ▶ _____
    *(TYPE OR PRINT NAME)*                     *(SIGNATURE OF DEFENDANT)*

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mark Serrato<br>19390 Corey Way<br>Castro Valley, CA 94546<br><br>TELEPHONE NO.: 510-306-7409   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PETITIONER/PLAINTIFF: HSBC Bank USA, National Association, as Trustee

RESPONDENT/DEFENDANT: Mark Serrato; Sandra J. Serrato; and Does 1 to 10, inclusive

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>HG12661699 |
|---|---|

**(Do not use this Proof of Service to show service of a Summons and Complaint.)**

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

3. On (date):                    I mailed from (city and state):
   the following documents (specify):
   Answer - Unlawful Detainer

   ☑ The documents are listed in the Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)
   (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and (check one):
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this
      business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is
      placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in
      a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. Name of person served: James T. Lee
   b. Address of person served:
      Barrett, Daffin, Frappier Treder & Weiss, LLP
      20955 Pathfinder Road, Suite 300
      Diamond, CA 91765
      (626) 915-5714
   ☐ The name and address of each person to whom I mailed the documents is listed in the Attachment to Proof of Service
      by First-Class Mail—Civil (Persons Served) (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

─────────────────────────          ►          ─────────────────────────
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL<br>(Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |
|---|---|---|

Case3:13-cv-01968-RS Document5-1 Filed05/13/13 Page66 of 66
Case3:13-cv-01968-JCS Document1-1 Filed04/30/13 Page 12 of CV-1968-JCS
ADR ECF

JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

HSBC Bank USA, National Association, As Trustee For Home Equity Loan Trust Series ACE 2006-HE1

**(b)** County of Residence of First Listed Plaintiff  Unknown
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Barrett Daffin Frappier Treder & Weiss, LLP        (626) 915-5714
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765

## DEFENDANTS

Mark Serrato; Sandra J. Serrato; and Does 1 to 10, Inclusive

County of Residence of First Listed Defendant  Alameda
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
In Pro Per        (510) 306-7409
19390 Corey Way
Castro Valley, CA 94546

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury – Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander   ☐ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability   Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine   ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle   **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury   ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury – Med. Malpractice   ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☒ 220 Foreclosure | ☐ 441 Voting   **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations   ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment   ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other   ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee (Prisoner Petition) | | |
| | ☐ 560 Civil Detainee – Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
12 USC 8220

Brief description of cause:
Wrongful Eviction

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:

JUDGE _____  DOCKET NUMBER _____

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
*(Place an "X" in One Box Only)*

☒ SAN FRANCISCO/OAKLAND  ☐ SAN JOSE  ☐ EUREKA

DATE 7/29/2013        SIGNATURE OF ATTORNEY OF RECORD  Mark Serrato